DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAYSI KIEFFER,**
Appellant,

v.

**DAYANARA FROMETA,**
Appellee.

No. 4D20-2418

[November 24, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502016CA012705.

Brian K. Korte of Korte & Associates, West Palm Beach, for appellant.

A. Max Zaretsky of Zaretsky Law Group, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***